[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  17-11716
Non-Argument Calendar
_____

D.C. Docket Nos. 8:16-cv-01801-SCB-AEP,
8:13-cr-00122-SCB-AEP-1

KEISHAN H. ENIX,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(November 4, 2019)

Before MARCUS, JORDAN, and BRANCH, Circuit Judges.

PER CURIAM:

Keishan Enix, a federal prisoner serving a 168-month total sentence, appeals

from the district court's denial of his 28 U.S.C. § 2255 motion to vacate.  Enix has

moved for a certificate of appealability ("COA") as to whether his 18 U.S.C. § 924(c) conviction is unconstitutional in light of the Supreme Court's recent decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), and for summary reversal. The government does not oppose either motion. Enix's motion for a COA is GRANTED on the following issue only:

Whether Enix's conviction under 18 U.S.C. § 924(c) was unconstitutional in light of the Supreme Court's holding in *United States v. Davis*, 139 S. Ct. 2319 (2019).

Enix's motion for summary reversal is also GRANTED, and his case is VACATED AND REMANDED for the district court to consider, in the first instance, the viability of his claim for habeas relief in light of the Supreme Court's decision in *United States v. Davis*.